UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-MJ-1039-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| CANDELARIO SALTIJERAL VARGAS | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Criminal Complaint No. 7:18-MJ-1039-RJ and the corresponding arrest warrant against the above-captioned defendant due to the following: The country of Mexico stated that they will not extradite the defendant on the instant vehicular homicide because there was no intent.

[remainder of page intentionally left blank]

Moreover, in the event that defendant reenters the United States, the State of North Carolina still has an active arrest warrant against the defendant for the vehicular homicide.

MICHAEL F. EASLEY, JR
United States Attorney

/s/ Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Criminal Division
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone (919) 856-4909
Fax (919) 856-4487
sebastian.kielmanovich@usdoj.gov
N.C. Bar # 32775

Leave of Court is granted for the filing of the foregoing dismissal.

ROBERT B. JONES, JR.
United States Magistrate Judge

Date: September 1, 2023